# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0200. BEAU PHILLIP WOODALL v. JAMES W. JOHNSON.**

The trial court entered an order terminating Beau Phillip Woodall's rights to his biological child and permitting the mother's husband to adopt the child. Woodall filed this application for discretionary appeal from the trial court's order. Because the appeal stems from adoption proceedings, however, no discretionary application is required. See *Families First v. Gooden*, 211 Ga. App. 272, 274 (1) (439 SE2d 34) (1993).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, Woodall's application is hereby GRANTED. He shall have 10 days from the date of this order to file a notice of appeal with the superior court. The superior court is directed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/12/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*